IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ELIZABETH HANSEN, Individually, and ELIZABETH HANSEN, Personal Representative of the Estate of Michael Hansen, deceased,<br><br>     Plaintiffs,<br><br>  vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>     Defendant. | 8:21CV371<br><br>ORDER ON DEFENDANT'S DEPOSITION COUNTER-DESIGNATIONS AND OBJECTIONS TO PLAINTIFF'S DEPOSITION DESIGNATIONS |

  This case is before the Court on Defendant's Counter Deposition Designations [sic], Filing 172, and Defendant's Objections to Plaintiff's Deposition Designations, Filing 173. In pertinent part, the Court's Civil Non-Jury Trial Deadlines and Practices Order (available at https://www.ned.uscourts.gov/attorney/judges-information/brian-c-buescher) provides as follows:

  No later than twenty-eight (28) days before trial, Plaintiff shall designate testimony from any deposition the Plaintiff wishes to present to the Court at trial and present such designated testimony to Defendant. No later than twenty-one (21) days before trial, the Defendant shall counter-designate any testimony from the depositions Plaintiff wishes to provide to the Court and designate any testimony from any additional depositions that Defendant wishes to use at trial. Defendant shall also at that time present Plaintiff with any objections to Plaintiff's designated testimony. No later than fourteen (14) days before trial, Plaintiff shall counter-designate any deposition testimony in response to any designation made by Defendant, and present to Plaintiff any objections to Defendant's designated testimony. No later than seven (7) days before trial, the parties shall file a color copy of relevant excerpts of each deposition with designated testimony in which Plaintiff's designated or counter-designated testimony shall be highlighted in yellow and Defendant's designated or counter-designated testimony shall be highlighted in green. Objections by Plaintiff or Defendant shall be inserted in the margin of the deposition.

Civil Non-Jury Deadlines, § I.C., at 2. Thus, the parties are required to designate and counter-designate deposition testimony and present them to each other with any objections, but the only document they are required to file is a color highlighted copy of relevant excerpts with objections inserted in the margin of the deposition. Accordingly,

IT IS ORDERED that Defendant's Counter Deposition Designations [sic], Filing 172, and Defendant's Objections to Plaintiff's Deposition Designations, Filing 173, are overruled as premature without prejudice to later submission in proper form.

Dated this 22nd day of November, 2023.

BY THE COURT:

Brian C. Buescher
United States District Judge

2