IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ELIZABETH HANSEN, Individually, and ELIZABETH HANSEN, Personal Representative of the Estate of Michael Hansen, deceased,<br><br>    Plaintiffs,<br><br>  vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>    Defendant. | 8:21CV371<br><br>**ORDER REGARDING RESPONSE TO DEFENDANT'S THIRD MOTION IN LIMINE** |

This case is before the Court on Defendant's Third Motion in Limine. Filing 186. Because of the proximity to trial, Plaintiff shall have until 12:00 p.m. on Thursday, December 7, 2023, to file any opposition brief. No extension of this deadline will be granted except in the most extraordinary circumstances.

Dated this 5th day of December, 2023.

BY THE COURT:

Brian C. Buescher
United States District Judge