IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ELIZABETH HANSEN, Individually; and ELIZABETH HANSEN, Personal Representative of the Estate of Michael Hansen, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | 8:21CV371<br><br>ORDER ON JOINT STIPULATION FOR DISMISSAL |

This case is before the Court on the Joint Stipulation for Dismissal, signed by both parties. Filing 213. The parties stipulate to dismissal with prejudice, with each party to bear its own costs and with complete record waived. Accordingly,

IT IS ORDERED that the parties' Joint Stipulation for Dismissal, Filing 213, is granted. This case is dismissed with prejudice, with each party to bear its own costs and with complete record waived.

Dated this 30th day of January, 2024.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge

1